**No. 62527.**—Barker Bros. Silver Co., Inc. *v.* United States, protests 146871–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks and candelabras similar in all material respects to those the subject of Abstract 62036, the claim of the plaintiff was sustained.

**No. 62528.**—Hudson Shipping Co., Inc. *v.* United States, protest 325493–K (New York).

Opinion by FORD, J. The protest was dismissed for lack of prosecution.

**No. 62529.**—Ben Goodman & Sons, Inc. *v.* United States, protest 327693–K (New York).

Opinion by FORD, J. The protest was dismissed for lack of prosecution.

**No. 62530.**—Air Clearance Ass'n, Inc. *v.* United States, protest 328598–K (New York).

Opinion by FORD, J. The protest was dismissed for lack of prosecution.

BEFORE THE THIRD DIVISION, DECEMBER 3, 1958

**No. 62531.**—General Preserve Co. *v.* United States, protest 327137–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bitter orange pulp the same in all material respects as that passed upon in *T. M. Duche & Sons, Inc., et al.* v. *United States* (44 C. C. P. A. 60, C. A. D. 638), the claim of the plaintiff was sustained.